Serial: **231563**

**IN THE SUPREME COURT OF MISSISSIPPI**

**FILED**

**MAY 05 2020**

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

**No. 2020-AD-00001-SCT**

**&**

**No. 89-R-99019**

*IN RE: EMERGENCY ORDER RELATED TO CORONAVIRUS (COVID-19)*

**EMERGENCY ADMINISTRATIVE ORDER-9**

The Supreme Court and the Chief Justice, in his capacity as chief administrative officer of all courts in the state, find that certain temporary amendments to the Rules and Regulations for Mandatory Continuing Judicial Education are required to hinder the spread of Coronavirus (COVID-19). The following temporary amendments are warranted:

(A)    Regulation 3.9 shall be temporarily suspended. Judges may complete their 2019-2020 CJE requirements through the method of their choosing, either online, webinars or live, in-person programs, as approved by the Committee on Continuing Judicial Education.

(B)    Rule 5 shall be temporarily amended to allow judges to report their compliance with the Rules and Regulations for Mandatory Continuing Judicial Education on or before September 30, 2020.

(C)    Any judge who is unable to complete the temporarily amended requirements may seek a hardship exemption and/or extension from the Committee on Continuing Judicial Education.

IT IS THEREFORE ORDERED that the Rules and Regulations for Mandatory Continuing Judicial Education are temporarily amended for 2019-2020 reporting year as set forth in this Order.

SO ORDERED, this the ___5___ day of May, 2020.

MICHAEL K. RANDOLPH,
CHIEF JUSTICE
FOR THE COURT

ALL JUSTICES AGREE.